UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARK T. ESPER<br>c/o Mark S. Zaid, P.C.<br>1250 Connecticut Avenue, N.W.<br>Suite 700<br>Washington, D.C. 20036<br><br>         Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF DEFENSE<br>Washington, D.C. 20301<br><br>         Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | <br><br><br><br><br><br><br><br>Civil Action No: 21-cv-3119 (TFH) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court, having considered the Plaintiff's Ex-Parte Motion for Leave to File Complaint Using Counsel's Address in Violation of LCvR 5.1 (e), and the entire record herein, it is hereby,

ORDERED, that Plaintiff is excused from having to list his residential address on the Complaint at this time.

SO ORDERED this 29th day of November 2021.

_____
UNITED STATES DISTRICT JUDGE
THOMAS F. HOGAN