UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARK T. ESPER | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No: 21-3119 (TFH) |
| | * | |
| DEPARTMENT OF DEFENSE | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**<u>PLAINTIFF'S MOTION TO EXPEDITE FIRST AMENDMENT PROCEEDINGS</u>**[1]

NOW COMES the Plaintiff Mark T. Esper, by and through his undersigned counsel, to hereby respectfully this Court to expedite file this First Amendment proceeding.

As grounds therefore, the Plaintiff relies on the contemporaneously submitted Memorandum of Law. A proposed Order also accompanies this Motion.

Date: December 1, 2021

Respectfully submitted,

*s/ Mark S. Zaid*
_____
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Mark@MarkZaid.com

Attorney for the Plaintiff

---

[1] Although the Defendant has not yet had counsel enter a formal notice of appearance, the undersigned was already contacted by the Department of Justice attorney who has been assigned this case and is providing a copy of this Motion to them.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 1, 2021, a copy of the foregoing Memorandum of Law was served by electronic mail to:

> Johnny Walker
> Trial Attorney
> Federal Programs Branch
> U.S. Department of Justice, Civil Division
> Johnny.H.Walker@usdoj.gov

_____/s/_____
Mark S. Zaid, Esq.