**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MARK T. ESPER | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No: 21-3119 (TFH) |
| | * | |
| DEPARTMENT OF DEFENSE | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**ORDER**</u>

The Court, having considered the Plaintiff's Motion to Expedite First Amendment

Proceedings, and the entire record herein, it is hereby,

ORDERED, that a Status Conference will be held at _____ AM/PM on December ___, 2021.

SO ORDERED this ___ day of December 2021.


_____
UNITED STATES DISTRICT JUDGE