UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK T. ESPER, <br><br> *Plaintiff,* <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, <br><br> *Defendant*. | Civil Action No. 21-3119 (TFH) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to

dismiss this action with prejudice and without fees or costs to any party.

Respectfully submitted,


  /s/ Mark S. Zaid
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Mark@MarkZaid.com


*Attorney for Plaintiff*



Dated: February 4, 2022

BRIAN M. BOYTON
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

  /s/ Johnny Walker
JOHNNY H. WALKER (D.C. Bar #991325)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 12304
Washington, D.C. 20005
Tel.: (202) 514-3183
Email: johnny.h.walker@usdoj.gov


*Counsel for Defendant*